UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAABIR ABDULLAH
a/k/a Bobby Lee Webber, Jr.,

    Plaintiff,

Case No. 1:16-cv-1123

v.

HON. JANET T. NEFF

UNKNOWN DELAGE, et al.,

    Defendants.
_____/

## ORDER

This is a civil action filed by a *pro se* litigant. On October 4, 2016, the Magistrate Judge filed a Report and Recommendation, recommending that the action be dismissed for failure to state a claim, and that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on Plaintiff. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for failure to state a claim.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.

Dated: October 25, 2016

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge